UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | CIVIL ACTION NO. 25-cv-1160 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| APRIL KELLY ET AL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Prudential Insurance Company of America filed a Diversity Jurisdiction Disclosure Statement and alleged that it is "organized under the laws of, and has its principal place of business in, the State of New Jersey." The statement does not allege whether Prudential is a corporation, LLC, or other form of entity. The complaint alleges that Prudential is a "company" without specification of the form of entity.

If Prudential is a corporation, these allegations are sufficient. However, if it is an LLC or other unincorporated entity, its citizenship is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F. 3d 1077 (5th Cir. 2008).

Prudential must file, no later than **August 25, 2025**, an amended Diversity Jurisdiction Disclosure Statement that specifically alleges its form of entity and sets forth its citizenship in accordance with the rules outlined above.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 18th day of August, 2025.

Mark L. Hornsby
U.S. Magistrate Judge